UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 07-236 (RHK-JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Scott William Anderson, | |
| Defendant. | |

---

This matter is before the undersigned upon the Report and Recommendation of the United States Magistrate Judge. Tracy T. Braun, Assistant U.S. Attorney, appeared on behalf of the Government. Andrea K. George, Assistant Federal Defender, appeared on behalf of Mr. Anderson. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 23) is **ADOPTED**;

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 15) is **DENIED**; and

3. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 16) is **WITHDRAWN.**

Dated: October  2 , 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge