## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-236 (1) (RHK/JJG) |
| Plaintiff, | **ORDER FOR CONTINUANCE OF TRIAL** |
| v. | |
| Scott William Anderson, | |
| Defendant. | |

The Defendant, Scott William Anderson, through his attorney, Andrea K. George, has moved this Court for a continuance of his trial date. This case was previously assigned to AUSA Tracy Braun, who has since departed the United States Attorney's Office. The case has not yet been officially reassigned and there is no substitution of counsel listed on the docket. Counsel also is awaiting additional discovery in the case. The defendant has waived his right to a speedy trial as set forth in Title 18, United States Code, Section 3161 *et seq*.

On that basis, granting the defendant's motion for a continuance of the trial date is in the interest of justice in that both parties need additional time to reach a fair and just resolution of this case, whether that be by way of plea negotiations or trial.

The Status Conference is scheduled for January 11, 2008; trial is scheduled for January 14, 2008.

Dated: November 26, 2007      s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge