UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-236(RHK/JJG)

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )     **ORDER SEALING DOCUMENT**
                                   )
         v.                        )
                                   )
SCOTT WILLIAM ANDERSON             )
                                   )
              Defendant.           )


This matter comes before the Court on the Government's Motion To Seal Document. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED,** that the Government's Motion for Sealing is granted.


Dated: 8/22/2008                   s/Richard H. Kyle
                                   The Honorable Richard H. Kyle
                                   United States Senior Judge