# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 07-236 (1) (RHK/JJG) |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| Scott William Anderson, | |
| Defendant. | |

_____

WHEREAS, on May 27, 2008, this Court entered a Preliminary Order of Forfeiture forfeiting a HP Pavilion 750 desktop computer, serial number US21251262, to the United States pursuant to 18 U.S.C. § 2253(a);

WHEREAS, commencing on May 30, 2008, the plaintiff posted notice of the criminal forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, of the United States' intention to dispose of the computer in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the computer; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the HP Pavilion 750 desktop computer, serial number US21251262, is hereby forfeited to and vested in the United States of America; and

2. the HP Pavilion 750 desktop computer, serial number US21251262 shall be disposed of by the United States in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 20, 2009

> s/Richard H. Kyle
> RICHARD H. KYLE
> United States District Judge